RUTH A. HEYWANG and ANTHONY J. HEYWANG, Respondents, v. RICHMOND RAILWAYS, INC., Appellant.—Action for personal injury suffered by the two plaintiffs and for expenses and loss of services suffered by the plaintiff husband as a consequence of both plaintiffs being injured in a collision between an automobile in which they were riding and a parked trolley car of the defendant company, the trolley car being without lights inside or out and located in the middle of the block of a public street under conditions of complete darkness at a time when the street lights were likewise not lighted. Judgment for plaintiffs unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

ANNE M. HUMPHREYS, Appellant, v. AUGUST N. GANDIA, Individually and as City Treasurer of the City of Long Beach, Respondent.—Action by taxpayer to restrain the city treasurer of Long Beach from delivering tax or title searches to an abstract company, and from making any payment for any searches delivered to it. Motion by plaintiff for temporary injunction. Order denying plaintiff's motion affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Taylor, JJ., concur.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK ex rel. HAROLD A. LESCHINSKY, Appellant, for a Peremptory Mandamus Order against JOSEPH D. MCGOLDRICK, as Comptroller of the City of New York, Respondent.— Order denying application for a peremptory mandamus order to compel the comptroller to pay the relator's salary in accordance with an order made by the board of county judges of Kings county unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. No opinion. Present — Young, Carswell, Davis, Adel and Taylor, JJ.

In the Matter of the Application of LOUIS PLESSER, Doing Business as BORO ABSTRACT Co., Appellant, for a Peremptory Writ of Mandamus against CHARLES GOLD, as Mayor of the City of Long Beach, Respondent.— The petitioner sought an order of peremptory mandamus to compel the mayor to execute a contract for services of the petitioner in making tax and title searches. Under the charter the power to obtain such searches was vested in the city treasurer. Order denying application unanimously affirmed, with costs, as a matter of law and not in the exercise of discretion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.